NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEICO INDEMNITY COMPANY,                )
                                        )
          Petitioner,                   )
                                        )
v.                                      )          Case No.   2D15-3034
                                        )
MARK CHMIELEWSKI, as court-             )
appointed guardian of Matthew           )
Martin, and RAYMOND CONSUL,             )
                                        )
          Respondents.                  )
_____)

Opinion filed January 6, 2016.

Petition for Writ of Certiorari to the
Circuit Court for Sarasota County;
Rochelle T. Curley, Judge.

B. Richard Young, Megan M. Hall, and
Courtney F. Smith of Young, Bill,
Roumbos & Boles, P.A., Pensacola, for
Petitioner.

Steven T. Wittmer of Wittmer/Linehan,
PLLC, Sarasota, for Respondent Mark
Chmielewski.

T.R. Unice, Jr., Jeffrey D. Jensen, and
Ashley D. Jordan of Unice Salzman
Jensen, P.A., Trinity, for Respondent
Raymond Consul.

KELLY, Judge.

GEICO Indemnity Company, a nonparty to an automobile negligence action, seeks certiorari review of an order[1] compelling production of its claim file. Mark Chmielewski, as court-appointed guardian for Matthew Martin, correctly concedes that the order departs from the essential requirements of law because GEICO was not properly served with a lawful subpoena in the manner prescribed by Florida Rule of Civil Procedure 1.351 (production of documents without deposition from a nonparty). Accordingly, we quash the order compelling production of the documents and remand for further proceedings.

Petition granted; order quashed; remanded.

NORTHCUTT and CRENSHAW, JJ., Concur.

---

[1]Order on Exceptions to Recommended Order of General Magistrate rendered on June 11, 2015.